Mr. Justice Barnes delivered the opinion of the court.

---

Joseph Walczak and Walter Walczak, trading as Walczak Brothers, appellants, v. Julia Hac, appellee. Gen. No. 30,940.

Suit on promissory note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Matthew D. Hartigan,

Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 21, 1926.

Elmer J. Schnackenberg and C. L. U. Clemens, for appellants. Smietanka, Rickard & Poulton, for appellee; John J. Poulton, of counsel.

Mr. Justice Barnes delivered the opinion of the court.